## Case Number Result Page

**Blaine**

**1 Cases Found.**

| | | | | | |
|---|---|---|---|---|---|
| **Portfolio FB-Idaho, LLC, Delaware Limited Liabilit, etal. vs. Federal Deposit Insurance Company, FDIC** | | | | | |
| Case: **CV-2010-0000489** | **District** Filed: **07/06/2010** | Subtype: **Other Claims** | Judge: **Robert J. Elgee** | | Status: **Pending** |
| Defendants: | **Federal Deposit Insurance Company, FDIC** | | | | |
| Plaintiffs: | **Anaconda Investments, Llc  Portfolio FB-Idaho, LLC, Delaware Limited Liabilit** | | | | |

**Register of actions:**

| Date | |
|---|---|
| 07/06/2010 | New Case Filed - Other Claims |
| 07/06/2010 | Filing: A - All initial civil case filings of any type not listed in categories B-H, or the other A listings below Paid by: Ludwig Shoufler Miller Johnson LLP Receipt number: 0004347 Dated: 7/6/2010 Amount: $88.00 (Check) For: Portfolio FB-Idaho, LLC, Delaware Limited Liabilit (plaintiff) |
| 07/06/2010 | Plaintiff: Portfolio FB-Idaho, LLC, Delaware Limited Liabilit Appearance Scot M. Ludwig |
| 07/06/2010 | Plaintiff: Anaconda Investments, Llc Appearance Scot M. Ludwig |
| 07/06/2010 | Summons: Document Service Issued: on 7/6/2010 to Federal Deposit Insurance Company, FDIC; Assigned to Returned to Counsel for Service. Service Fee of $0.00. |
| 07/06/2010 | Verified Complaint for Declaratory Judgment |
| 07/12/2010 | Miscellaneous Payment: For Making Copy Of Any File Or Record By The Clerk, Per Page Paid by: Shoana J. Russell Receipt number: 0004454 Dated: 7/12/2010 Amount: $7.00 (Credit card) |
| 07/12/2010 | Miscellaneous Payment: Technology Cost - CC Paid by: Shoana J. Russell Receipt number: 0004454 Dated: 7/12/2010 Amount: $3.00 (Credit card) |
| 07/12/2010 | Miscellaneous Payment: For Making Copy Of Any File Or Record By The Clerk, Per Page Paid by: Gary Slette Receipt number: 0004457 Dated: 7/12/2010 Amount: $7.00 (Check) |
| 07/15/2010 | Notice of Lis Pendens |
| 07/15/2010 | Miscellaneous Payment: For Comparing And Conforming A Prepared Record, Per Page Paid by: Ludwig Shoufller Miller Johnson Receipt number: 0004551 Dated: 7/15/2010 Amount: $.50 (Check) |
| 07/15/2010 | Miscellaneous Payment: For Certifying The Same Additional Fee For Certificate And Seal Paid by: Ludwig Shoufller Miller Johnson Receipt number: 0004551 Dated: 7/15/2010 Amount: $2.00 (Check) |

*Connection: Public*