SCOT M. LUDWIG
DANIEL A. MILLER
LUDWIG ◆ SHOUFLER ◆ MILLER ◆ JOHNSON, LLP
Attorneys at Law
401 West Front Street, Suite 401
Boise, ID  83702
Telephone:  208-387-0400
Facsimile:  208-387-1999

ISB 3506
ISB 3571

Attorneys for Plaintiff

FILED
JUL - 8 2010
Jolynn Drage, Clerk District
Court Blaine County, Idaho



## IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE

|  |  |
|---|---|
| PORTFOLIO FB-IDAHO, LLC,<br>a Delaware Limited<br>Liability Company,<br><br>and<br><br>ANACONDA INVESTMENTS, LLC,<br>a Delaware Limited<br>Liability Company,<br><br>             Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE<br>    COMPANY (FDIC),<br><br>             Defendant. | CASE NO. CV-10-489<br><br>**VERIFIED COMPLAINT FOR<br>DECLARATORY JUDGMENT** |

COMES NOW the Plaintiffs, PORTFOLIO FB-IDAHO, LLC, a Delaware

Limited Liability Company, and ANACONDA INVESTMENTS, LLC, a Delaware

VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT - 1

Limited Liability Company, and for cause of action against the Defendant, the Federal Deposit Insurance Company (FDIC) complains and alleges as follows:

I.

Plaintiff Portfolio FB-Idaho, LLC, ("Portfolio") is a Delaware Limited Liability Company.

II.

Plaintiff Anaconda Investments, LLC ("Anaconda") is a Delaware Limited Liability Company.

III.

Defendant, Federal Deposit Insurance Company ("FDIC") is an independent agency of the United States Government. The FDIC insures deposits in Banks and Thrift institutions and it acts as a receiver for insured Banks or Thrifts that fail.

IV.

Idaho First Bank is a banking company chartered under the laws of the State of Idaho.

V.

This action is brought pursuant to Title 10, Chapter 12 of the Idaho Code seeking a judicial declaration of the rights of the parties related to certain contracts entered into by the parties with respect to a 58% interest in a $9,500,000.00 loan made to Stilwyn, Inc. by First Bank of Idaho on or about May 17, 2007 ("Stilwyn loan"). The Stilwyn loan was secured by a Deed of Trust

VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT - 2

covering real property located in Blaine County, Idaho more particularly described as: Lot 15, Block 3, as shown on the SECOND REPLAT OF BLOCKS 1, 2, 3, 4, 5, 6 and 8 WEYYAKIN SUBDIVISION AMENDED 1981, BLAINE COUNTY, IDAHO according to the official plat thereof, on file in the office of the County Recorder as Instrument No. 224903, records of Blaine County, Idaho. The Stilwyn loan was also secured by a Commercial Security Agreement.

### VI.

Farmers National Bank entered into a Loan Participation Agreement with First Bank of Idaho whereby Farmers National Bank acquired a 42% interest in the Stilwyn loan.

### VII.

On or about April 24, 2009, the FDIC took control of the operation of First Bank of Idaho. Subsequently, acting in its role as receiver FDIC, by and through its agent, DebtX Corporation, placed for bid at auction certain assets of First Bank of Idaho. One of the assets placed for bid at auction was First Bank of Idaho's 58% interest in the Stilwyn loan.

### VIII.

Idaho First Bank submitted the successful bid on the Stilwyn loan and on October 22, 2009, the FDIC, through its agent, DebtX Corporation, delivered to Idaho First Bank a fully executed Loan Sale Agreement and an Assignment and Assumption of Interests and Obligations Agreement. In addition, on said date, Idaho First Bank

VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT - 3

paid the requisite consideration for the purchase. Said agreements transferred the ownership of the 58% interest in the Stilwyn loan from First Bank of Idaho to Idaho First Bank.

## IX.

On or about October 25, 2009, Idaho First Bank and Anaconda entered into an Assignment of Assumption of Interests and Obligations whereby Anaconda acquired Idaho First Bank's interest in the Stilwyn loan. On such date, Anaconda paid the requisite consideration for the purchase.

## X.

On or about February 16, 2010, Anaconda and Portfolio entered into an Assignment of Assumption of Interests and Obligations whereby Portfolio acquired Anaconda's interest in the Stilwyn loan. Portfolio recorded the Assignment in Blaine County, Idaho, on or about February 17, 2010.

## XI.

The FDIC by and through its attorney Moffatt Thomas, informed Portfolio on May 10, 2010, that it did not recognize any ownership interest of Portfolio in the Stilwyn loan and threatened to bring legal action against Portfolio if it did not execute a release of any interest it may have in the Stilwyn loan to the FDIC.

## XII.

Portfolio and Anaconda seek a judicial determination of their rights in the Stilwyn loan and the collateral and documents securing

VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT - 4

said loan. Portfolio seeks a ruling from this Court that it is the lawful owner of a 58% interest in the Stilwyn loan and is entitled to the transfer of all documents evidencing Stilwyn, Inc.'s obligation to repay the loan and all documents evidencing the security interest held by the lender including but not limited to the Deed of Trust and the Commercial Security Agreement.

WHEREFORE Plaintiffs pray as follows:

1.    For relief consistent with the foregoing Verified Complaint for Declaratory Judgment;

2.    For an award of reasonable costs and attorneys fees pursuant to Idaho Code §12-120 and 12-121 incurred in the pursuit hereof; and

3.    For such other and further relief as to the Court may seem just in the premises.

DATED this 24th day of June, 2010.

LUDWIG ♦ SHOUFLER ♦ MILLER ♦ JOHNSON, LLP

By_____
   Scot M. Ludwig,
   Attorneys for Plaintiff

**VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT - 5**

STATE OF IDAHO      )
                       ) ss
County of Blaine    )

      ROBERT KANTOR, being first duly sworn on oath, deposes and says:

      I am the Authorized Manager of Anaconda Managers, LLC, the Managing Member of Portfolio FB-Idaho, LLC, and Anaconda Investments, LLC, the Plaintiffs in the above-entitled matter, I have read the foregoing Verified Complaint for Declaratory Judgment, know the contents thereof and believe the facts therein stated to be true.

ROBERT KANTOR

      SUBSCRIBED AND SWORN TO before me this 23 day of June, 2010.

Notary Public for Idaho
Residing at: Blaine County
Comm. Expires: 11/29/2010

VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT - 6