SCOT M. LUDWIG
DANIEL A. MILLER
LUDWIG ♦ SHOUFLER ♦ MILLER ♦ JOHNSON, LLP
Attorneys at Law
401 West Front Street, Suite 401
Boise, ID  83702
Telephone:  208-387-0400
Facsimile:  208-387-1999

ISB 3506
ISB 3571

Attorneys for Plaintiff



IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE

| | |
|---|---|
| PORTFOLIO FB-IDAHO, LLC,<br>    a Delaware Limited<br>    Liability Company,<br><br>and<br><br>ANACONDA INVESTMENTS, LLC,<br>    a Delaware Limited<br>    Liability Company,<br><br>            Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE<br>    COMPANY (FDIC),<br><br>            Defendant. | CASE NO. CV-2010-0000489<br><br>**NOTICE OF LIS PENDENS**<br><br>**Instrument # 579070**<br>HAILEY, BLAINE, IDAHO<br>7-15-2010      04:53:51  No. of Pages: 3<br>Recorded for : LUDWIG SHOUFLER MILLER JOHNSON<br>JOLYNN DRAGE           Fee: 16.00<br>Ex-Officio Recorder  Deputy<br>Index to: LIS PENDENS/RELEASE |

    NOTICE IS HEREBY GIVEN that Plaintiffs in the above-entitled

action has instituted a suit to obtain Declaratory relief

NOTICE OF LIS PENDENS - 1

establishing Plaintiffs' interest in a Note and Deed of Trust and that all sums secured by such encumbrances be adjudged a lien upon the land and premises hereinafter described:

### Parcel I

Lot 15, Block 3, as shown on THE SECOND REPLAT OF BLOCKS 1,2, 3, 4, 5, 6 AND 8 WEYYAKIN SUBDIVISION AMENDED 1981, BLAINE COUNTY, IDAHO, according to the official plat thereof, on file in the office of the County Recorder as Instrument No. 224903, records of Blaine County, Idaho.

### Excepting therefrom the following parcels:

Lots 26, 27, 28, 29 and 30 Block 3, as shown on WEYYAKIN RANCH SUBDIVISION: PHASE IV; TEHEYA COURT plat, according to the official plat thereof, recorded as Instrument No. 567472, records of Blaine County, Idaho.

### Parcel II

Lots 26, 27, 28, 29 and 30 Block 3, as shown on WEYYAKIN RANCH SUBDIVISION: PHASE IV: TEHEYA COURT plat, according to the official plat thereof, recorded as Instrument 567472, records of Blaine County, Idaho.

The Defendant in the action is as enumerated above and the foregoing contains an accurate description of the real property affected by the Declaratory Relief action, which action is now pending in the above-entitled court.

DATED this 14th day of July, 2010.

By_____
Scot M. Ludwig,
Attorneys for Plaintiffs

STATE OF IDAHO )
               )ss
County of Ada  )

On this 14 day of July, 2010, before me, the undersigned, personally appeared **SCOT M. LUDWIG**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in said County the day and year first above written.

Notary Public
Residing at: Ada County
Comm. Expires: 12/22/2011

STATE OF IDAHO ) ss
County of Blaine )

I do hereby certify that the foregoing is a full, true and correct copy of the original thereof on file in my office.
WITNESS HEREOF, I have hereunto set my hand and affixed my seal this 15 day of
JOLYNN DRAGE
Clerk District Court

NOTICE OF LIS PENDENS - 3