Gary T. Dance, ISB No. 1513
C. Edward Cather, ISB No. 6297
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
412 West Center
Post Office Box 817
Pocatello, Idaho 83204
Telephone (208) 233-2001
Facsimile (208) 232-0150
gtd@moffatt.com
cec@moffatt.com
23719.0038

Attorneys for Federal Insurance Deposit Corporation
as Receiver for First Bank of Idaho, FSB

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE

| | |
|---|---|
| PORTFOLIO FB-IDAHO, LLC, a Delaware limited liability company, and ANACONDA INVESTMENTS, LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST BANK OF IDAHO,<br><br>                Defendant. | Case No. CV-2010-489<br><br>**NOTICE OF REMOVAL** |

TO THE COURT, PLAINTIFFS AND PLAINTIFFS' ATTORNEY OF

RECORD:

NOTICE OF REMOVAL - 1

PLEASE TAKE NOTICE THAT on July 29, 2010, the Federal Deposit Insurance Corporation in its capacity as Receiver for First Bank of Idaho, FSB filed its Notice of Removal to remove the above-captioned case from State District Court to the U.S. District Court. A copy of the Notice of Removal is attached hereto as Exhibit "A".

DATED this 29th day of July, 2010.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By /s/ C. Ed Ca——
C. Edward Cather – Of the Firm
Attorneys for Federal Deposit Insurance Corporation as Receiver for First Bank of Idaho, FSB

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 29th day of July, 2010, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be served by the method indicated below, and addressed to the following:

| | |
|---|---|
| Scot M. Ludwig<br>LUDWIG SHOUFLER MILLER JOHNSON, LLP<br>401 West Front Street, Suite 401<br>Boise, ID 83702<br>Facsimile: (208) 387-1999 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

*Attorneys for Plaintiffs*

_____
C. Edward Cather

# Exhibit A to the July 29, 2010 Notice of Removal

CV-2010-489

Gary T. Dance, ISB No. 1513
C. Edward Cather, ISB No. 6297
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
412 West Center
Post Office Box 817
Pocatello, Idaho 83204
Telephone (208) 233-2001
Facsimile (208) 232-0150
gtd@moffatt.com
cec@moffatt.com
23719.0038

Attorneys for Federal Insurance Deposit Corporation
as Receiver for First Bank of Idaho, FSB

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PORTFOLIO FB-IDAHO, LLC, a Delaware limited liability company, and ANACONDA INVESTMENTS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST BANK OF IDAHO,<br><br>    Defendant. | Civil Docket No.: 10-377<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that the Federal Deposit Insurance Corporation ("FDIC") in its capacity as Receiver for First Bank of Idaho, FSB, through undersigned counsel, hereby removes the above-captioned action from the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Blaine, to the United States District Court for the District of Idaho, pursuant to 12 U.S.C. §1819 and respectfully states to this Court the following:

1. Federal Deposit Insurance Corporation is a corporation organized and existing pursuant to an Act of Congress of the United States known as the Federal Deposit Insurance Act, 12 U.S.C. §1811, *et seq.*, with its principal place of business located in Washington, D.C.

2. On April 24, 2009, the FDIC was appointed as Receiver for First Bank of Idaho, FSB, pursuant to 12 U.S.C. §1464(d)(2)(A) and §1821(c)(5).

3. On July 6, 2010, Plaintiffs Portfolio FB-Idaho, LLC and Anaconda Investments, LLC filed a Complaint for Declaratory ("Complaint") against Federal Deposit Insurance Corporation ("FDIC") in the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Blaine. Copies of the Complaint and all other pleadings, process and orders filed in such action are attached hereto as Exhibit "A" through Exhibit "D."

4. That the claims asserted in the Complaint against the FDIC constitute potential liabilities of the FDIC in its capacity as Receiver of the former bank.

I. **FDIC HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.**

5. The Complaint was filed against FDIC the on July 6, 2010. This Notice of Removal has been filed within 90 days of the July 6, 2010 filing date. Accordingly, this Notice of Removal is timely filed pursuant to 12 U.S.C. §1819(b)(2)(B).

6. Venue is proper in this Court because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. §1441(a).

7. No previous application has been made for the relief requested herein.

8. No further proceedings have been had in the state court action.

9. A copy of this Notice of Removal is being served upon counsel for plaintiffs and a copy is being filed with the Clerk of the District Court of the Fifth Judicial District of the State of Idaho, County of Blaine, Idaho.

10. A copy of all state court process, pleadings, or orders served on the removing party to date are attached hereto.

## II. REMOVAL IS PROPER UNDER 28 U.S.C. § 1331 AND 12 U.S.C. § 1819.

11. As stated above, FDIC was appointed as Receiver for First Bank of Idaho, FSB, pursuant to 12 U.S.C. §1464(d)(2)(A) and §1821(c)(5), and took charge of the assets and affairs of First Bank of Idaho, FSB.

12. "All suits of a civil nature ... to which the (FDIC) is a party shall be deemed to arise under the laws of the United States." *See* 12 U.S.C. §1819(b). This Court has jurisdiction over this action as the action arises under the laws of the United States. 28 U.S.C. § 1331.

WHEREFORE, FDIC respectfully removes this action from the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Blaine, bearing Cause Number CV 2010-489, to this U.S. Court, pursuant to 12 U.S.C. § 1819.

DATED this 29th day of July, 2010.

                          MOFFATT, THOMAS, BARRETT, ROCK &
                              FIELDS, CHARTERED

                    By _____
                        C. Edward Cather – Of the Firm
                        Attorneys for Federal Deposit Insurance
                        Corporation as Receiver for First Bank of
                        Idaho, FSB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2010, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Scot M. Ludwig
LUDWIG SHOUFLER MILLER JOHNSON, LLP
401 West Front Street, Suite 401
Boise, ID  83702
Facsimile:  (208) 387-1999

*Attorneys for Plaintiffs*

_____
C. Edward Cather

**NOTICE OF REMOVAL - 5**

Client:1718579.1